UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINDY BOEVE,

        Plaintiff,

vs.

        Case No. 08-CV-12213
        HON. GEORGE CARAM STEEH

NATIONWIDE MUTUAL INS. CO.,

        Defendant.

_____/

## ORDER DENYING AS MOOT THE PARTIES' JOINT MOTION TO VACATE PRE-TRIAL AND TRIAL DATES (# 50)

The parties filed a joint motion on January 20, 2010 to vacate the current scheduling order dates: final pretrial order to be filed by February 8, 2010, final pretrial conference to be held on February 16, 2010, and trial to begin on February 23, 2010. The parties seek to vacate these dates noting that defendant Nationwide's pending motion for summary judgment is scheduled for hearing on February 18, 2010. Eastern District of Michigan Local Rule 16.1(f) provides that "[i]f a timely dispositive motion remains pending on the tenth day before the scheduled date for submitting the final pretrial order, that date and the final pretrial conference shall be postponed and rescheduled to a date no earlier than 10 days after the date of the decision on the motion, unless otherwise directed by the judge in a particular case." By operation of Local Rule 16.1(f) the current scheduling order dates for the final pretrial order, final pretrial conference, and trial are postponed for rescheduling until the court decides Nationwide's motion for summary judgment. Accordingly,

The parties joint motion to vacate scheduling dates is hereby DENIED as MOOT.

SO ORDERED.

Dated:  January 21, 2010

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 21, 2010, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk